E-Filed 11/20/15

LEWIS & LLEWELLYN LLP
　Marc R. Lewis (Bar No. 233306)
　Paul T. Llewellyn (Bar No. 216887)
　Matthew Dickman (Bar No. 268108)
505 Montgomery St., Suite 1300
San Francisco, California 94111
Telephone:  (415) 800-0590
Facsimile:  (415) 390-2127
Email: mlewis@lewisllewellyn.com
　　　pllewellyn@lewisllewellyn.com
　　　mdickman@lewisllewellyn.com

Attorneys for Non-Party
BEATS MUSIC, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., a Korean corporation,<br><br>　　　*Plaintiff*,<br><br>　　vs.<br><br>CJ E&M, INC., a Korean corporation; CJ E&M AMERICA INC., a California corporation<br><br>　　　*Defendants*. | Case No. 5:15-mc-80265-HRL<br><br>Amended<br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF DFSB KOLLECTIVE CO. LTD.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY BEATS MUSIC, LLC**<br><br>Date:  December 15, 2015<br>Time:  10:00 a.m.<br>Judge:  Hon. Howard R. Lloyd |

1  Pursuant to Local Rule 6-2(a), Plaintiff DFSB Kollective Co., Ltd. ("Plaintiff") and non-
2  party Beats Music, LLC ("Beats"), by and through their attorneys of record, hereby stipulate and
3  agree as follows:
4  WHEREAS, Plaintiffs filed a Motion To Compel Production of Documents concerning a
5  subpoena it served on Beats (the "Motion");
6  WHEREAS, the Motion is set for hearing on December 15, 2015;
7  WHEREAS, since the filing of the Motion, Plaintiff and Beats have engaged in further
8  meet-and-confer discussions that may affect the Motion;
9  WHEREAS, by continuing the Opposition deadline to December 1, 2015 and the Reply
10 deadline to December 8, 2015, the Motion would be fully briefed one week before any hearing;
11 IT IS HEREBY STIPULATED by and between Plaintiff and Beats, through their
12 respective counsel of record, that the Opposition deadline be continued to December 1, 2015,
13 and that the Reply deadline be continued to December 8, 2015.
14 IT IS SO STIPULATED.

16 Dated: November 18, 2015                    LEWIS & LLEWELLYN LLP
                                              Paul T. Llewellyn
17                                            Marc R. Lewis
18                                            Matthew Dickman

20                                            By: */s/ Marc R. Lewis*
                                                  Marc R. Lewis
21                                                Attorneys for Non-party Beats Music, LLC

22                                            BROWNE GEORGE ROSS LLP
                                              Keith J. Wesley
23                                            Andrew A. August
24                                            Jonathan L. Gottfried

26                                            By: */s/ Jonathan L. Gottfried*
                                                  Jonathan L. Gottfried
27                                                Attorneys for Plaintiff DFSB Kollective Co.,
                                                  Ltd.
28

Amended
**[PROPOSED] ORDER**

Having reviewed the parties' stipulation, **IT IS HEREBY ORDERED** that the scheduled dates in this matter be continued as follows:

The Opposition deadline shall be continued to December 1, 2015, and the Reply deadline shall be continued to December 8, 2015. The hearing on this matter is continued to December 29, 2015.

**IT IS SO ORDERED.**

Dated: 11/20/15            By: _____
                               Hon. Howard R. Lloyd
                               UNITED STATES MAGISTRATE JUDGE